United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Cardno International PTY, Ltd. and Cardno Limited ACN 108 112 303, Plaintiffs, v. Carlos Diego Merino and others, Defendants. | Civil Action No. 17-23964-Civ-Scola |

**Order Setting Service Date & Briefing Schedule
In Arbitration-Award Confirmation Case**

The Plaintiffs have asked the Court to confirm an arbitration award. In order to resolve this matter justly, promptly, and economically, the Court orders the parties to abide by the following rules and deadlines:

1. In keeping with 9 U.S.C. § 9, the Plaintiffs must serve the Defendants with a copy of all filing documents (e.g., motion, arbitration award, affidavit, memorandum of law) by **December 7, 2017**. If the Defendants reside outside of the Southern District of Florida the Plaintiffs must serve them consistent with Federal Rule of Civil Procedure 4. If the Defendants reside within of the Southern District of Florida the Plaintiffs must serve them consistent with Federal Rule of Civil Procedure 5. *See generally* Susan Wiens & Roger Haydock, *Confirming Arbitration Awards: Taking the Mystery Out of a Summary Proceeding*, 33 Wm. Mitchell L. Rev. 1293, 1305–06 (2007).

2. The Defendant(s) must file a response to the motion to confirm the arbitration award within 21 days of being served with the motion. The Plaintiff may file a reply brief within 14 days after the Defendants file their response.

3. Either party may request a hearing, although it is the Court's normal practice to rule on the papers. The Court will schedule a hearing if it believes that oral argument is necessary to resolve the issues.

**Done and ordered** at Miami, Florida on November 8, 2017.

_____
Robert N. Scola, Jr.
United States District Judge