AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| CARDNO INTERNATIONAL PTY LTD., CARDNO HOLDINGS PTY LTD., and CARDNO LTD. ACN 108 112 303, <br><br> *Plaintiff(s)* <br> v. <br> CARLOS DIEGO FERNANDO JÁCOME MERINO, EDUARDO JÁCOME MERINO, RAFAEL ALBERTO JÁCOME VARELA, and GALO ENRIQUE RECALDE MALDONADO <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 1:17-cv-23964-Civ-Scola |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*   Servicio de Gestión Inmobiliaria del Sector Público Inmobiliar, Heir to the Estate of Rafael Alberto Jacome Varela

Av. Jorge Washington E4 – 157 y Amazonas

Quito - Ecuador - Código postal: 170526

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   William V. Roppolo, Esq.
Baker & McKenzie LLP
1111 Brickell Avenue
Suite 1700
Miami, Florida 33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: Feb 27, 2019

Angela E. Noble
Clerk of Court

s/ Doris Jones
Deputy Clerk
U.S. District Courts        *Clerk*